**SIGNED.**

Dated: October 29, 2009

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| DSBC INVESTMENTS, L.L.C., | No. 4:09-bk-03146-JMM |
| | **MEMORANDUM DECISION** |
| | **(Re: Rule 8005/Federal Rule 62(d)** |
| Debtor. | **Stay Issues) (DN 117)** |

Due to the issues involved in this case, the court orders a bond to be posted by Appellant Pivotal Capital Corporation ("Pivotal") in the amount of $133,000, in order to stay the enforcement of this court's orders regarding the entitlement to monies of the estate. The reasoning for this ruling is that, because of the challenge to this court's reliance on the Ninth Circuit's *Entz-White* ruling,[1] which decision was reaffirmed in *Gen. Elec. Capital Corp. v. Future Media Productions, Inc.*, 536 F.3d 969 (9th Cir. 2008), as amended by 547 F.3d 956 (9th Cir. 2008), it is apparent that this matter will ultimately be settled at the Ninth Circuit. That outcome will require processing the appeal through the District Court (as elected by Pivotal), which could take up to one year to gain a disposition. From that point, another two years will be required to conclude the matter at the Circuit level.

Thus, anticipating a three-year delay in the use of its money, upon which DSBC Investments, L.L.C. ("DSBC") could earn a moderate 8% annual return if invested properly, this

---

[1] *In re Entz-White Lumber and Supply, Inc.*, 850 F.2d 1338, 1342 (9th Cir. 1988).

court finds that $80,802 is appropriate for the loss of use of such funds.[2] This sum will adequately protect DSBC from the loss of the use of its ability to reinvest the proceeds, pending disposition of the appellate issues.

In addition, this court finds that it also possible that DSBC may be able to argue that, under the contract between the parties, it may (at the conclusion of the appeals) be the prevailing party for the appeal phase of the litigation, which could cost DSBC as much as (or in excess of) $50,000 to defend. That amount should be added to the cash bond. In addition, DSBC might also incur up to $2,500 in costs, including travel expenses to any Circuit argument.

The full bond, then, to gain a stay, must be $133,302, which the court rounds to $133,000. Such funds must be posted with the Clerk of Court within ten days of this order. Alternatively, an approved bond from a solvent surety, in this amount may be provided. If there are issues as to the appropriateness of the bond or surety, such issues must be raised with the court.

The interim stay pending appeal, previously stipulated to by the parties, is extended for ten days from the docketing of the order herein, to enable any aggrieved party to seek further review at the U.S. District Court. If the bond is not posted, or further stayed by the U.S. District Court, this stay will terminate and the funds may be distributed to DSBC pursuant to earlier court order.

A separate order will be entered.

DATED AND SIGNED ABOVE.

---

[2] Simple interest per year (without compounding): $336,676 X .08 = $26,934.08. That figure, multiplied by three years, equals $80,802.24. By not compounding, the effective annual yield becomes less than the 8% sum. An accountant or actuary can calculate the exact figure.

| | |
|---|---|
| 1 | COPIES served as indicated below on the date signed above: |
| 2 | |
| 3 | Sally M Darcy<br>McEvoy, Daniels & Darcy<br>4560 East Camp Lowell Drive |
| 4 | Tucson, AZ 85712<br>Attorneys for Debtor      Email: DarcySM@aol.com |

COPIES served as indicated below on the
date signed above:

Sally M Darcy
McEvoy, Daniels & Darcy
4560 East Camp Lowell Drive
Tucson, AZ 85712
Attorneys for Debtor                          Email: DarcySM@aol.com

Rob Charles and Erin O. Simpson
Lewis and Roca
One South Church Ave., Suite 700
Tucson, AZ 85701                                 Email: RCharles@LRLaw.com
Attorneys for Pivotal Capital Corporation      Email: ESimpson@LRLaw.com

Christopher J Pattock
Office of the U.S. Trustee
230 N. First Ave., #204
Phoenix, AZ 85003-1706                 Email: Christopher.J.Pattock@usdoj.gov


By    /s/ M.B. Thompson
        Judicial Assistant